## Harry M. Schulman and Ernest D. Bloomenthal, Appellees, v. Mrs. Henry R. Brooks, Appellant.

### Gen. No. 45,029.

Heard in the first division, first district, this court at the December term, 1949. Sherman & Lewis, for appellant; Irving S. Abrams, of counsel; Schwartz, Allen & Shriman, for appellees; Harry Shriman, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed June 5, 1950; released for publication June 26, 1950.